UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    KEITH A GERMANA<br>    BERNICE A GERMANA<br><br>                                  Debtors | CASE NO: 06-31369<br>              (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055436**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 6 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 94.76 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/4/2011

Certificate of Service         06-31369

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KEITH A GERMANA
BERNICE A GERMANA
8930 GREENBUSH
SOMERVILLE, OH  45064

GENE E SCHAEFER
1081 N UNIVERSITY BLVD
SUITE B
MIDDLETOWN, OH  45042

(6.1)
CHARMING SHOPPES FASHION BUG
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(1009.1n)
CHASE HOME FINANCE
10790 RANCHO BERNARDO RD
SAN DIEGO, CA  92127

(1007.1n)
NATHAN L SWEHLA
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(1004.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner      sv